UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE DRIGGS,

        Plaintiff,

    v.

MISSION AREA HEALTH ASSOCIATES,

        Defendant.

Case No.  26-cv-02413-JD

**ORDER RE REMAND**

At the parties' joint request, Dkt. No. 16, the case is remanded to the Superior Court of California, County of San Francisco, and the motion to substitute the United States as a party, Dkt. No. 12, is terminated.  The case is closed.

    **IT IS SO ORDERED.**

Dated: May 14, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California